## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**VERONICA LEWIS, et al.,**

    **Plaintiffs,**

v.                                                     **Case No. 8:11-cv-18-T-30AEP**

**CITY OF BRADENTON BEACH and**
**TIM E. MATTHEWS, individually,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motions to Dismiss (Dkts. 22 and 28) and Plaintiffs' Response (Dkt. 35). Rather than reach the merits of Defendants' motions, Plaintiffs respond that they have taken measures to review and amend the complaint, presumably, to correct the deficiencies raised in Defendants' motions. This is not the first time the Court has dismissed Plaintiffs' complaint upon Defendants' motions to dismiss, and allowed Plaintiffs to amend their complaint to state a claim. And, although the Court concludes that Plaintiffs should receive another opportunity to correct the deficiencies in their complaint, the Court warns Plaintiffs that this is their <u>final</u> opportunity to allege a cognizable claim against the remaining Defendants in this case.

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiffs shall file a <u>Final</u> Amended Complaint within fourteen (14) days from the date of this Order.

2.     Defendants' Motions to Dismiss (Dkts. 22 and 28) are DENIED as moot. Defendants may renew their Motions to Dismiss or file new Motions to Dismiss after Plaintiffs file their Final Amended Complaint.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-18.mtsdismiss22and28.wpd