UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VERONICA LEWIS and LANCE LEWIS,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:11-cv-18-T-30AEP**

**TIM E. MATTHEWS, individually, and
CITY OF BRADENTON BEACH,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Strike Objectionable Testimony in Video Deposition (Dkt. 99).  The Court notes that Plaintiffs failed to file a response to the instant motion and the time for doing so has passed.  The Court, upon consideration of the motion and being otherwise advised of the premises, concludes that it should be granted in part and denied in part.  Specifically, the following questions and answers are excluded from the videotaped deposition of Edward Whitmire, as indicated below by the page and specific line number, which was provided to the Court in the instant motion:

        Page 26 - Line 25

        Page 27

        Page 29 - Lines 17-24

        Page 30 - Lines 2-5

Page 32 - Lines 14-25

Pages 33 and 34

Page 35 - Lines 1-20

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Strike Objectionable Testimony in Video Deposition (Dkt. 99) is granted in part and denied in part as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on December 5, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-18.mtstrike99.frm