# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VERONICA LEWIS and LANCE LEWIS

Plaintiffs,

v.                                     Case No. 8:11-cv-18-T-30AEP

CITY OF BRADENTON BEACH and TIM E. MATTHEWS

Defendants.

---

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, City of Bradenton Beach and Tim E. Matthews, and against Plaintiffs, Veronica Lewis and Lance Lewis.

Date:  December 12, 2012                SHERYL L. LOESCH, CLERK

*[signature]*

By:  S. Boswell, Deputy Clerk