**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VERONICA LEWIS and**
**LANCE LEWIS,**

      **Plaintiffs,**

**v.**                                                                                    **Case No.  8:11-cv-18-T-30AEP**

**CITY OF BRADENTON BEACH and**
**TIM E. MATTHEWS, individually,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Proposed Bill of Costs (Dkt. 129), Defendants' Affidavit (Dkt. 130), and Defendants' Amended Motion to Tax Costs (Dkt. 132).  The Court notes that Plaintiffs failed to file any response or objection to Defendants' proposed costs and the time for doing so has passed.  Upon consideration of Defendants' Bill of Costs, Affidavit, Motion, and invoices in support of same, the Court concludes that the proposed costs should be granted in part and denied in part.

**STANDARD FOR AWARDING COSTS**

Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise."  Defendants prevailed in this case and are entitled to recover the costs enumerated under 28 U.S.C. § 1920.  Under section 1920, a judge or clerk of any court

of the United States may tax as costs the following: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) fees and disbursements for printing and witnesses; (4) fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) docket fees under section 1923 of title 28; and (6) compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of title 28. *See generally, Crawford Fitting Co. v. J.T. Gibbons, Inc.,* 482 U.S. 437, 441-42, 107 S.Ct. 2494, 96 L.Ed.2d 385 (1987), *superseded on other grounds by* 42 U.S.C. § 1988(c) (finding that 28 U.S.C. § 1920 defines the term "costs" as used in Rule 54(d) and enumerates the expenses that a federal court may tax as a cost under the discretionary authority granted in Rule 54(d)).

## DISCUSSION

Defendants request costs in the total amount of $16,165.75. As set forth above, Plaintiffs did not file any objection to these costs. The Court concludes that the majority of Defendants' costs are permissible under section 1920. Specifically, the following costs are recoverable: (1) $2,578.58 for fees for service of summons and subpoena; (2) $4,413.15 for fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) $1,296.00 for fees and disbursements for printing; (4) $820.55 for witness fees; and (5) $362.00 for exemplification and copies of materials necessarily obtained for use in the case.

Defendants' costs referenced as "other costs" in the amount of $6,695.47 are not recoverable. The itemization of these costs reflects that they relate to fees associated with mediation services, investigative services, and trial presentation services. The law is clear that costs associated with mediation are not recoverable. *See Comprehensive Care Corp. v. Katzman*, 2011 WL 2938268, at *6 (M.D. Fla. July 21, 2011); *Reis v. Thierry's, Inc.,* 2010 WL 1249076, at *3 (S.D. Fla. Mar. 25, 2010). Investigative services and trial presentation services are incurred for the convenience of counsel and are similarly not recoverable. *See Lehman Bros. Holdings v. Hirota,* 2010 WL 3043653, at *4 (M.D. Fla. July 30, 2010).

It is therefore ORDERED AND ADJUDGED that:

1.      Defendants' Amended Motion to Tax Costs (Dkt. 132) is granted in part.

2.      The Clerk is directed to enter a **Bill of Costs** against Plaintiffs and in favor of Defendants in the amount of **$9,470.28** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on January 16, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-18.mtcosts132.frm